USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

STATE-BOSTON RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

BANK OF NOVA SCOTIA, NEW YORK AGENCY; BMO CAPITAL MARKETS CORP.; BNP PARIBAS SECURITIES CORP.; BARCLAYS CAPITAL INC.; CANTOR FITZGERALD & CO.; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE SECURITIES (USA) LLC; DAIWA CAPITAL MARKETS AMERICA INC.; DEUTSCHE BANK SECURITIES INC.; GOLDMAN, SACHS & CO.; HSBC SECURITIES (USA) INC.; JEFFERIES LLC; J.P. MORGAN SECURITIES LLC; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; MIZUHO SECURITIES USA INC.; MORGAN STANLEY & CO. LLC; NOMURA SECURITIES INTERNATIONAL, INC.; RBC CAPITAL MARKETS, LLC; RBS SECURITIES INC.; SG AMERICAS SECURITIES, LLC; TD SECURITIES (USA) LLC; and UBS SECURITIES LLC,

    Defendants.

Civil Action No.: 1:15-cv-05794-PGG

Hon. Paul G. Gardephe

------------------------------------------------------------ x

ARKANSAS TEACHER RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

Civil Action No.: 1:15-cv-05830-PGG

Hon. Paul G. Gardephe

|  |  |
|---|---|
| BANK OF NOVA SCOTIA, NEW YORK AGENCY; BMO CAPITAL MARKETS CORP.; BNP PARIBAS SECURITIES CORP.; BARCLAYS CAPITAL INC.; CANTOR FITZGERALD & CO.; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE SECURITIES (USA) LLC; DAIWA CAPITAL MARKETS AMERICA INC.; DEUTSCHE BANK SECURITIES INC.; GOLDMAN, SACHS & CO.; HSBC SECURITIES (USA) INC.; JEFFERIES LLC; J.P. MORGAN SECURITIES LLC; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; MIZUHO SECURITIES USA INC.; MORGAN STANLEY & CO. LLC; NOMURA SECURITIES INTERNATIONAL, INC.; RBC CAPITAL MARKETS, LLC; RBS SECURITIES INC.; SG AMERICAS SECURITIES, LLC; TD SECURITIES (USA) LLC; and UBS SECURITIES LLC, | : : : : : : : : : : : : : : : : : : : : : |
| Defendants. | : |

## STIPULATION SETTING TIME FOR DEFENDANTS TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT AND FOR THE PARTIES TO PROPOSE CERTAIN CASE MANAGEMENT DATES

WHEREAS, on July 23, 2015, plaintiff State-Boston Retirement System filed a complaint in Case No. 1:15-cv-05794 in the Southern District of New York ("State Boston case");

WHEREAS, on July 23, 2015, plaintiffs Beaver County Employees' Retirement Fund, Erie County Employees' Retirement System, and Lackawanna County Employees' Retirement Fund filed a complaint in the above-captioned case ("Beaver County case");

WHEREAS, on July 24, 2015, plaintiff Arkansas Teacher Retirement System filed a complaint in Case No. 1:15-cv-05830 in the Southern District of New York ("Arkansas Teacher case");

WHEREAS, on July 24, 2015, plaintiff Marc G. Federighi filed a complaint in Case No. 1:15-cv-05843 in the Southern District of New York ("Federighi case");

WHEREAS, on July 28, 2015, plaintiffs United Food and Commercial Workers Union and Participating Food Industry Employers Tri-State Pension Fund filed a complaint in Case No. 1:15-cv-05931 in the Southern District of New York ("United Food case");

WHEREAS, on July 29, 2015, plaintiff Inter-Local Pension Fund Graphic Communications Conference of the International Brotherhood of Teamsters filed a complaint in Case No. 1:15-cv-5939 in the Southern District of New York ("Inter-Local case");

WHEREAS, on July 29, 2015, plaintiff United International Insurance Company filed a complaint in Case No. 1:15-cv-05957 in the Southern District of New York ("UI Insurance case");

WHEREAS, on July 30, 2015, plaintiff IBEW Local 640 Arizona Chapter NECA Pension Trust Fund filed a complaint in Case No. 1:15-cv-06003 in the Southern District of New York ("IBEW case");

WHEREAS, on August 3, 2015, plaintiff City of Pontiac Police and Fire Retirement System filed a complaint in Case No. 1:15-cv-06072 in the Southern District of New York ("City of Pontiac Police case");

WHEREAS, on August 4, 2015, plaintiff Rutgers Enhanced Insurance Company filed a complaint in Case No. 1:15-cv-06129 in the Southern District of New York ("Rutgers case");

WHEREAS, on August 5, 2015, plaintiff Michael St. John filed a complaint in Case No. 1:15-cv-6139 in the Southern District of New York ("Michael St. John case");

WHEREAS, the State-Boston, Beaver County, Arkansas Teacher, Federighi, United Food, Inter-Local, UI Insurance, IBEW, City of Pontiac Police, Rutgers, and Michael St. John cases have been assigned to the Honorable Paul G. Gardephe;

WHEREAS, on July 29, 2015, Judge Gardephe set the State-Boston, Beaver County, and Arkansas Teacher cases for an initial pre-trial conference on October 8, 2015;

WHEREAS, the Order setting the October 8 pre-trial conference directs the parties to submit a joint letter and Proposed Case Management Plan seven days prior to the conference date;

WHEREAS, the allegations in the aforementioned lawsuits are substantially similar, and other plaintiffs may file additional complaints asserting substantially similar allegations and claims (collectively, the "Related Actions");

WHEREAS, there have been no prior requests to extend any deadlines in the above-captioned lawsuits;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1. The undersigned counsel accept service of the complaints in the above-captioned lawsuits on behalf of their respective clients, expressly reserving the right to contest whether any party in the complaints is properly named, and without waiver of any defenses, including those related to personal jurisdiction and venue, except as to the sufficiency of process and the service of process.

2. Defendants' time to answer, move or otherwise respond to the complaints is hereby suspended until such time as the United States District Court for the Southern District of New York or any other court to which the case is assigned enters an order coordinating or consolidating the foregoing cases and any Related Actions, provided that:

      a.    upon resolution of proceedings concerning coordination or consolidation of the foregoing cases and any Related Actions, the parties shall confer in good faith regarding a proposed schedule for filing and responding to any consolidated complaint.

3.     If Defendants' time to answer, move, or otherwise respond to a complaint in any Related Action or other pending action is not similarly suspended pending the coordination or consolidation proceedings, the parties shall meet and confer in good faith concerning the schedule in this action, with each side preserving all rights to apply to this Court or any other Court of competent jurisdiction for appropriate relief.

4.     The parties will submit the joint letter as directed in the Court's July 29, 2015 Notice of Pretrial Conference in State-Boston (the "Pretrial Conference Notice"). The undersigned counsel further agree, subject to the approval of the Court, to extend, until at least 60 days after the foregoing cases and any Related Actions have been coordinated or consolidated and any lead and liaison counsel have been identified for the proceedings, the time for submitting the proposed Case Management Plan specified in the Court's Pretrial Conference Notice.

DATED: August 13, 2015

SO ORDERED, at New York, N.Y.,

August 20, 2015

                                            *Paul Gardephe*
                                      Hon. Paul G. Gardephe
                                      United States District Judge

/s/ *(signature)*

Gregory S. Asciolla
Jay L. Himes
Michael W. Stocker
Robin A. van der Meulen
Matthew J. Perez
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
gasciolla@labaton.com
jhimes@labaton.com
mstocker@labaton.com
rvandermeulen@labaton.com
mperez@labaton.com

*Attorneys for State-Boston Retirement System and Arkansas Teacher Retirement System*

Dated:   New York, New York
        August 17, 2015

                        CANTOR FITZGERALD & CO.

                        /s/
                        Michael S. Popok, Esq.
                        David A. Paul, Esq.
                        110 East 59th Street
                        New York, New York 10022
                        Tel: (212) 610-3578 (MSP)
                        Tel: (212) 610-2298 (DAP)
                        Fax: (212) 829-5441
                        E-Mail: mpopok@cantor.com
                        E-Mail: dpaul@cantor.com

                        *Attorneys for Cantor Fitzgerald & Co.*