quinn emanuel
trial lawyers | new york



December 8, 2015

<u>VIA ECF AND FAX</u>

Honorable Paul G. Gardephe
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2204
New York, NY 10007

Re: *State-Boston Retirement System v. Bank of Nova Scotia, New York Agency*, No. 15-cv-5794 (Lead Case); *Cleveland Bakers and Teamsters Pension Fund v. Bank of Nova Scotia, New York Agency*, No. 15-cv-6782 (Member Case)

Dear Judge Gardephe:

On behalf of Plaintiffs in the above-referenced member case, we agree with the suggestion that the Court set a new schedule for the appointment of lead counsel in these consolidated cases, now that the JPML has ordered all related cases be transferred to Your Honor. However, we write separately to suggest that any deadline for opening briefs fall no sooner than two weeks after all out-of-district cases have been transferred to the Southern District of New York pursuant to the JPML's Transfer Order. Following opening briefs, we further suggest that the parties should proceed on the same schedule as previously set by the Court, pursuant to which responsive briefs would be due 21 days later.

Respectfully submitted,


 /s/ *Daniel L. Brockett*           /s/ *J. Douglas Richards*
Daniel L. Brockett                J. Douglas Richards

QUINN EMANUEL URQUHART        COHEN MILSTEIN SELLERS
   & SULLIVAN, LLP                & TOLL PLLC