Gondephe, P.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/23/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE: TREASURIES SECURITIES AUCTION
ANTITRUST LITIGATION

---

This Document Pertains To:

*ALL CASES*

---

MDL No. 2673
Master Docket
No. 1:15-MD-02673-PGG

### STIPULATION AND [PROPOSED] ORDER REGARDING VOLUNTARY DISMISSAL OF DEFENDANTS CITIGROUP INC.; CREDIT SUISSE GROUP AG; THE GOLDMAN SACHS GROUP, INC.; JPMORGAN CHASE & CO.; MORGAN STANLEY; AND THE ROYAL BANK OF SCOTLAND GROUP PLC

WHEREAS, Plaintiffs filed a consolidated amended complaint on November 16, 2017 (the "Consolidated Amended Complaint"), a corrected version of which was filed on December 29, 2017 (Dkt. 226), in the above-captioned action which names Citigroup Inc.; Credit Suisse Group AG; The Goldman Sachs Group, Inc.; JPMorgan Chase & Co.; Morgan Stanley; and The Royal Bank of Scotland Group plc as defendants;

WHEREAS, undersigned counsel for Defendants Citigroup Inc. and Citigroup Global Markets Inc. have represented that Defendant Citigroup Inc. is a holding company and does not transact in treasuries securities at auction or in the secondary market;

WHEREAS, undersigned counsel for Defendants Credit Suisse Group AG; Credit Suisse International; and Credit Suisse Securities (USA) LLC have represented that Defendant Credit Suisse Group AG is a holding company and does not transact in treasuries securities at auction or in the secondary market;

WHEREAS, undersigned counsel for Defendants The Goldman Sachs Group, Inc. and Goldman Sachs & Co. LLC[1] have represented that Defendant The Goldman Sachs Group, Inc. is a holding company and is not a primary dealer or market maker in treasury securities;

WHEREAS, undersigned counsel for Defendants JPMorgan Chase & Co.; J.P. Morgan Securities LLC; JPMorgan Chase Bank, N.A.; and J.P. Morgan Clearing Corp. have represented that Defendant JPMorgan Chase & Co. is a holding company and is not a primary dealer or market maker in treasury securities;

WHEREAS, undersigned counsel for Defendants Morgan Stanley and Morgan Stanley & Co. LLC have represented that Defendant Morgan Stanley is a holding company and is not a primary dealer or market maker in treasury securities;

WHEREAS, undersigned counsel for Defendants The Royal Bank of Scotland Group plc and RBS Securities Inc. have represented that Defendant The Royal Bank of Scotland Group plc is a holding company and is not a primary dealer or market maker in treasury securities;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1.      Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs hereby voluntarily dismiss all claims against Defendants Citigroup Inc.; Credit Suisse Group AG; The Goldman Sachs Group, Inc.; JPMorgan Chase & Co.; Morgan Stanley; and The Royal Bank of Scotland Group plc without prejudice to reassert such claims against such Defendants at a later time should evidence arise in discovery or otherwise that reveals information providing a basis for joining one or more dismissed Defendants on the claims being litigated in this case, and the Parties agree that any statute of limitations, statute of repose, or other time-related defense or

---

[1]   Goldman Sachs Execution and Clearing L.P., which is named as a defendant in the Consolidated Amended Complaint, merged with defendant Goldman Sachs & Co. LLC in June 2017.

2

claim shall be tolled as to those dismissed Defendants only such that any such claim will be deemed to have been filed on November 16, 2017, the filing date of the Consolidated Amended Complaint, and which tolling shall extend until the earlier of the final adjudication (after all appeals) of the dismissal of this action or the conclusion of fact discovery in this action.

DATED:    February 22, 2018

SO ORDERED,

February 23, 2018

Hon. Paul G. Gardephe
United States District Judge

3

_Daniel L. Brockett (DPG)_

Daniel L. Brockett
Daniel P. Cunningham
Sascha N. Rand
Steig D. Olson
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com
danielcunningham@quinnemanuel.com
sascharand@quinnemanuel.com
steigolson@quinnemanuel.com

Karl S. Stern
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 221-7000
Fax: (713) 221-7100
karlstern@quinnemanuel.com

Jeremy D. Andersen
Adam B. Wolfson
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
jeremyandersen@quinnemanuel.com
adamwolfson@quinnemanuel.com

J. Douglas Richards
Michael Eisenkraft
COHEN MILSTEIN SELLERS &
    TOLL PLLC
88 Pine Street, 14th Floor
New York, New York 10005
Telephone: (212) 838-7797
Fax: (212) 838-7745
drichards@cohenmilstein.com
meisenkraft@cohenmilstein.com

Carol V. Gilden
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
cgilden@cohenmilstein.com

Manuel John Dominguez
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 833-6575
jdominguez@cohenmilstein.com

David A. Young
100 New York Avenue NW, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
dyoung@cohenmilstein.com

Jay L. Himes
Gregory S. Asciolla
Robin A. Van Der Meulen
Matthew J. Perez
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477
jhimes@labaton.com
gasciolla@labaton
rvandermeulen@labaton.com
mperez@labaton.com

**_Interim Co-Lead Counsel and Attorneys for Plaintiffs_**

4

Richard A. Rosen
PAUL WEISS RIFKIND WHARTON &
    GARRISON LLP
1285 Avenue for the Americas
New York, NY 10019
Telephone: 212 373 3305
Fax: 212 492 0305
rrosen@paulweiss.com

*Attorneys for Defendants Morgan Stanley
and Morgan Stanley & Co. LLC*

David G. Januszewski
Elai Katz
Thorn Rosenthal
Herbert S. Washer
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
Telephone: 212-701-3000
djanuszewski@cahill.com
ekatz@cahill.com
trosenthal@cahill.com
hwasher@cahill.com

*Attorneys for Defendants Credit Suisse Group
AG, Credit Suisse International, and Credit
Suisse Securities (USA) LLC*

Robert Y. Sperling (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-7941
Fax: (312) 558-5700
rsperling@winston.com

Elizabeth P. Papez (admitted *pro hac vice*)
WINSTON & STRAWN IP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Tel: (202) 282-5678
epapez@winston.com

Penny Shane
Stephen Ehrenberg
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Fax: (212) 558-3588
shanep@sullcrom.com
ehrenbergs@sullcrom.com

*Attorneys for Defendants Goldman Sachs
Group, Inc. and Goldman Sachs & Co. LLC*

5

Mark P. Gimbel
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 841-1161
mgimbel@cov.com

Robert D. Wick
One City Center
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5487
Fax: (202) 778-5487
rwick@cov.com

*Attorneys for Defendants JPMorgan Chase & Co., J.P. Morgan Securities LLC, JPMorgan Chase Bank, N.A., and J.P. Morgan Clearing Corp.*

Jay B. Kasner
Paul M. Eckles
SKADDEN, ARPS, SLATE, MEAGHER &
        FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Fax: (212) 735-2000
Jay.kasner@skadden.com
paul.eckles@skadden.com

*Attorneys for Defendants Citigroup Inc. and Citigroup Global Markets Inc.*

Joel M. Cohen
Melissa C. King
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
joel.cohen@davispolk.com
melissa.king@davispolk.com

*Attorneys for Defendants Royal Bank of Scotland Group plc and RBS Securities Inc.*

6