UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/18
```

IN RE: TREASURIES SECURITIES AUCTION
ANTITRUST LITIGATION

MDL No. 2673
Master Docket
No. 1:15-MD-02673-PGG

This Document Pertains To:

*ALL CASES*

### STIPULATION AND [PROPOSED] ORDER REGARDING
### VOLUNTARY DISMISSAL OF DEFENDANT CREDIT SUISSE INTERNATIONAL

WHEREAS, Plaintiffs filed a consolidated amended complaint on November 16, 2017 (the "Consolidated Amended Complaint"), a corrected version of which was filed on December 29, 2017 (Dkt. 226), in the above-captioned action, which names Credit Suisse International ("CSI") as a defendant;

WHEREAS, undersigned counsel for Defendants Credit Suisse Group AG; CSI; and Credit Suisse Securities (USA) LLC has represented that:

-Defendant CSI is incorporated in the United Kingdom and has its principal place of business in the United Kingdom.

-Defendant CSI has no branches, offices, or employees in the United States.

-None of Defendant CSI's revenue is attributable to the United States.

-None of the Credit Suisse employees identified in the Consolidated Amended Complaint were employees of CSI.

-CSI is neither a primary dealer nor market maker in United States Treasury securities.

-CSI does not have a United States Treasuries desk and, with the exception of occasional hedging transactions, CSI does not sell United States Treasuries directly to customers.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1.      Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs hereby voluntarily dismiss all claims against Defendant CSI without prejudice to reassert such claims against CSI at a later time should evidence arise in discovery or otherwise that reveals information providing a basis for joining CSI on the claims being litigated in this case, and the Parties agree that any statute of limitations, statute of repose, or other time-related defense or claim shall be tolled as to Defendant CSI, only such that any such claim will be deemed to have been filed on November 16, 2017, the filing date of the Consolidated Amended Complaint, and which tolling shall extend until the earlier of the final adjudication (after all appeals) of the dismissal of this action or the conclusion of fact discovery in this action.

DATED:      February 22, 2018

SO ORDERED,

_March 23_, 2018

_____
Hon. Paul G. Gardephe
United States District Judge

2

*Paul L. Brockett (PGJ)*

Daniel L. Brockett
Daniel P. Cunningham
Sascha N. Rand
Steig D. Olson
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com
danielcunningham@quinnemanuel.com
sascharand@quinnemanuel.com
steigolson@quinnemanuel.com

Karl S. Stern
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 221-7000
Fax: (713) 221-7100
karlstern@quinnemanuel.com

Jeremy D. Andersen
Adam B. Wolfson
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
jeremyandersen@quinnemanuel.com
adamwolfson@quinnemanuel.com

J. Douglas Richards
Michael Eisenkraft
COHEN MILSTEIN SELLERS &
    TOLL PLLC
88 Pine Street, 14th Floor
New York, New York 10005
Telephone: (212) 838-7797
Fax: (212) 838-7745
drichards@cohenmilstein.com
meisenkraft@cohenmilstein.com

Carol V. Gilden
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
cgilden@cohenmilstein.com

Manuel John Dominguez
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 833-6575
jdominguez@cohenmilstein.com

David A. Young
100 New York Avenue NW, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
dyoung@cohenmilstein.com

Jay L. Himes
Gregory S. Asciolla
Robin A. Van Der Meulen
Matthew J. Perez
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477
jhimes@labaton.com
gasciolla@labaton
rvandermeulen@labaton.com
mperez@labaton.com

*Interim Co-Lead Counsel and Attorneys for Plaintiffs*

3

David G. Januszewski
Elai Katz
Thorn Rosenthal
Herbert S. Washer
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
Telephone: 212-701-3000
djanuszewski@cahill.com
ekatz@cahill.com
trosenthal@cahill.com
hwasher@cahill.com

*Attorneys for Defendants Credit Suisse Group*
*AG, Credit Suisse International, and Credit*
*Suisse Securities (USA) LLC*

4